IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAO-KANG CHING, | ) | CASE NO. 1:01CV2230 |
| | ) | |
| Plaintiff, | ) | JUDGE WELLS |
| | ) | |
| -v- | ) | |
| | ) | |
| THE CLEVELAND INSTITUTE | ) | ***MOTION FOR LEAVE TO FILE FIRST*** |
| OF MUSIC, et al., | ) | ***AMENDED ANSWER OF DEFENDANT*** |
| | ) | ***CLEVELAND INSTITUTE OF MUSIC*** |
| Defendants. | ) | ***INSTANTER*** |

Now comes defendant Cleveland Institute of Music, by and through counsel, and moves pursuant to Federal Rule of Civil Procedure 15 for leave to file its attached First Amended Answer.  In this answer defendant does not obliterate any previous admissions but rather amends its previous answer to refine certain responses to allegations and to include additional affirmative defenses.  Plaintiff respectfully suggests good cause exists for granting this motion.

If this Court grants defendant's motion, defendant seeks that its First Amended Answer be considered automatically filed with this Court.

                                                  Respectfully submitted,

                                                      /s/ Jennifer Welfley Nohra
                                                  Bruce G. Hearey     (0009087)
                                                  Jennifer Welfley Nohra (0067974)
                                                  SPIETH, BELL, McCURDY & NEWELL CO., LPA
                                                  925 Euclid Ave., Ste. 2000
                                                  Cleveland, Ohio 44115
                                                  Ph: (216) 696-4700
                                                  Fax: (216) 696-2706
                                                  bhearey@spiethbell.com
                                                  jnohra@spiethbell.com
                                                  Attorneys for Defendant
                                                  Cleveland Institute of Music

**CERTIFICATE OF SERVICE**

A copy of the foregoing Motion for Leave to File First Amended Answer of Defendant Cleveland Institute of Music Instanter along with the attached First Amended Answer of Defendant Cleveland Institute of Music was electronically filed and also served by regular U.S. mail this 17th day of October, 2001, to:

Eric Norton, Esquire
The Chapman Law Firm Co., LPA
The Marion Building, Ste. 100
1276 West Third Street
Cleveland, Ohio 44113

    Attorney for Plaintiff

and

Thomas Simmons, Esq.
Arter & Hadden
925 Euclid Ave., Ste. 1100
Cleveland, Ohio 44115

    Attorney for Defendant
    Bruce McInnes

    /s/ Jennifer Welfley Nohra
    Bruce G. Hearey     (0009087)
    Jennifer Welfley Nohra (0067974)
    SPIETH, BELL, McCURDY
      & NEWELL CO., L.P.A.
    925 Euclid Ave., Ste. 2000
    Cleveland, Ohio 44115
    Ph: (216) 696-4700
    Fax: (216) 696-2706
    bhearey@spiethbell.com
    jnohra@spiethbell.com

    Attorneys for Defendant
    Cleveland Institute of Music