**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| HAO-KANG CHING | ) | 1:01 CV 2230 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE WELLS |
| -v- | ) | |
| | ) | |
| CLEVELAND INSTITUTE OF MUSIC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S INITIAL DISCLOSURES**

NOW COMES Plaintiff, Hao-Kang Ching, pursuant to the Federal Rule of Civil Procedure 26, to make his initial disclosures pursuant to Civ. R. 26 and the Court's scheduling order:

Witnesses - Civ. R. 26(a)(1)(A):

    Hao-Kang Ching
    (contact through counsel)

    Bruce McGinnes

    David Cerone
    Cleveland Institute of Music
    11021 East Boulevard
    Cleveland, OH 44106

    Kelly McIvor
    Cleveland Institute of Music
    11021 East Boulevard
    Cleveland, OH 44106

    Michael Walsh
    2043 Manchester Rd. SW
    Massillon, OH 44647

Jeanne Walker
Cleveland Institute of Music
11021 East Boulevard
Cleveland, OH 44106

Ruth Boden
(address unknown)

Jan Snyder
Cleveland Institute of Music
11021 East Boulevard
Cleveland, OH 44106

Jeremiah Shaw
(address unknown)

Dean Guy
Cleveland Institute of Music
11021 East Boulevard
Cleveland, OH 44106

Professor Lawrence Angell
Cleveland Institute of Music
11021 East Boulevard
Cleveland, OH 44106

Liz Oh
(contact through Plaintiff's counsel)

Sean Garrigan
Cleveland Institute of Music
11021 East Boulevard
Cleveland, OH 44106

Jane Morris
(address unknown)

Mark Isom
Cleveland Institute of Music
11021 East Boulevard
Cleveland, OH 44106

Psychiatrist (unidentified)

Police Officer (unidentified)
City of Cleveland Police Department-Fifth District
Cleveland, OH 44105

Plaintiff respectfully reserves the right to identify additional witnesses in supplemental disclosures if they become known in the course of discovery.

Documents and Evidence - Civ. R. 26(1)(B):

CIM 1999-2000 Sexual Harassment policy (from Student Handbook)

CIM 2000-2001 Sexual Harassment policy (from Student Handbook)

Affidavit of Michael Walsh

Letter from Michael Walsh to President David Cerone

Academic transcripts for Plaintiff

Plaintiff respectfully reserves the right to identify additional witnesses in supplemental disclosures if they become known in the course of discovery.

Damages – Civ. R. 26(a)(1)(C):

| | |
|---|---|
| Impaired value of tuition paid for education | $50,000 (approximate) |
| Attorneys' fees (Norton) | undetermined |
| Court costs | $100 |
| Total Economic Damages | $50,100 |

Plaintiff has not calculated his non-economic damages (e.g., pain and suffering, humiliation, harm to his reputation, etc.), but anticipates that such damages will be considerable. As indicated in the Complaint, Plaintiff is seeking an award of punitive damages proportionate to each Defendant's net worth, in an amount sufficient to impress upon Defendants' the wrongful nature of their acts and to deter them from discriminating against students or employees in the future. In no event will the amount sought at trial be less than $1,000,000.00.

Plaintiff respectfully reserves the right to identify additional damages as they are determined with reasonable certainty during the course of discovery.

Respectfully submitted,

THE CHAPMAN LAW FIRM CO., LPA

/s/ Eric Norton_____
ERIC NORTON (0071563)
The Marion Building, Suite 100
1276 West Third Street
Cleveland, Ohio  44113
(216) 696-1133

Counsel for Plaintiff

### CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was sent by electronic filing, on this 7th day of January 2002, to Counsel for the Defendants.

THE CHAPMAN LAW FIRM CO., LPA

/s/ Eric Norton_____
ERIC NORTON (0071563)