IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **HAO-KANG CHING,** | ) | CASE NO. 1:01 CV 2230 |
| | ) | JUDGE:  Lesley Brooks Wells |
| **Plaintiff,** | ) | Magistrate Vecchiarelli |
| | ) | |
| **v.** | ) | |
| | ) | |
| **THE CLEVELAND INSTITUTE** | ) | |
| **OF MUSIC, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## REPORT OF MEDIATOR

1. Name, address and telephone number of the Mediator:

    Sue Marie Douglas, Esq.
    Millisor & Nobil Co., L.P.A.
    Suite 300
    9150 South Hills Boulevard
    Cleveland, OH  44147-3599

2. Date, time and location of the mediation conference:

    a. Date and time of the initial mediation conference:

        February 20, 2002
        9:00 a.m.

    b. Location of initial mediation conference:

        Millisor & Nobil Co., L.P.A.
        Suite 300
        9150 South Hills Boulevard
        Cleveland, OH  44147-3599

    c. If applicable, date and time of the subsequent mediation conference:

        N/A

    d. Location of the subsequent mediation conference:

        N/A

3. Attorneys and parties in attendance at mediation conference:

    In attendance for the Plaintiff were the Plaintiff and his counsel Eric Norton, Esq.

    In attendance for the Defendants were Mr. David Cerone, President of the Cleveland Institute of Music, counsel for C.I.M, Bruce Hearey, Esq. and Jennifer Wlfley Nohra, Esq., and counsel for Bruce McInnes, Thomas Simmons, Esq.

    a. Were any attorneys or parties missing? If so, who and why?

        Mr. McInnes was available by telephone due to illness.

    b. Did Plaintiff and Defense counsel submit the required Mediation Memoranda pursuant to Local Rule 16.6(e)? If no, please identify the party who failed to comply with L.R. 16.6(e).

        Yes.

4. Had the Plaintiff and Defense counsel consulted with their clients as to the status of the case prior to the mediation conference?

    Yes

5. Duration and preparation of mediation conference:

    a. **TIME EXPENDED**:

        Duration of initial mediation conference: Hours __3__ Minutes __00__

        Preparation time: Hours __1__ Minutes __00__

        Duration of subsequent mediation conference: Hours __N/A__ Minutes __N/A__

    b. **COMPENSATION REQUESTED**:

        Initial mediation conference: ___Yes _X__No Amount: __N/A__

Subsequent mediation conference: ___Yes ___No Amount:__N/A__

6. If settlement was reached, a date certain by which a journal entry or dismissal entry will be submitted to the Court: **(Note: unless there are extenuating circumstances, the dismissal entry should be submitted to the Court within 14 days.)**

Settlement was reached. Dismissal entry to be submitted to the Court by March 6, 2002.

/s/ Sue Marie Douglas
Mediator

Dated: February 20, 2002