IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| HAO-KANG CHING, | ) | CASE NO. 1:01 CV 2230 |
| | ) | |
| Plaintiff, | ) | JUDGE LESLEY BROOKS |
| WELLS | ) | |
| - v - | ) | |
| | ) | |
| CLEVELAND INSTITUTE OF MUSIC *et al.* | ) | **STIPULATED JUDGMENT ENTRY** |
| | ) | |
| Defendants. | ) | |

Plaintiff Ching, defendant Cleveland Institute of Music, and defendant Bruce McInnes represent to the Court that they have settled the disputes between them relative to this matter. IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that plaintiff Ching's Complaint be dismissed with prejudice and that the parties pay their own respective costs and attorneys' fees.


_____
JUDGE WELLS


Dated this \_\_\_\_ day of _____, 2002.

Agreed:

| | |
|---|---|
|     /s/ Eric Norton |     /s/ Jennifer Welfley Nohra |

Eric Norton, Esq. (0071563)  
Justin Smith, Esq. (0072044)  
The Chapman Law Firm Co., LPA  
The Marion Building, Suite 100  
1276 West Third Street  
Cleveland, Ohio 44113  
216.696.1133  
eric_norton2001@yahoo.com  
jmsmith@chapmanlawfirm.com  

Counsel for plaintiff

Bruce G. Hearey (0009087)  
Jennifer Welfley Nohra (0067974)  
Spieth, Bell, McCurdy & Newell Co., LPA  
925 Euclid Avenue, Suite 2000  
Cleveland, Ohio 44115  
216.696.4700  
bhearey@spiethbell.com  
jnohra@spiethbell.com  

Counsel for defendant CIM

    /s/ Thomas Simmons  
Thomas Simmons, Esq. (0062422)  
Benjamin Sasse, Esq. (0072856)  
Arter & Hadden LLP  
1100 Huntington Building  
925 Euclid Avenue  
Cleveland, Ohio 44115  
216.696.1100  
tsimmons@arterhadden.com  

Counsel for defendant McInnes