

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| HAO-KANG CHING | ) CASE NO. 1:01 CV 2230 |
| Plaintiff | ) |
| -vs- | ) JUDGE LESLEY WELLS |
| CLEVELAND INSTITUTE OF MUSIC, et al. | ) ORDER OF DISMISSAL |
| Defendants | ) |

This case is before the Court on two notices approved by counsel for the parties that this case be voluntarily dismissed. Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Hao-Kang Ching's claims against Defendants Cleveland Institute of Music and Bruce McInnes are dismissed with prejudice. Each party shall bear its own costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE